UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA MURPHY,<br><br>   Plaintiff,<br><br>   v.<br><br>JP MORGAN CHASE, et al.,<br><br>   Defendants. | Case No. 15-cv-00399-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 5 |

The Court has reviewed Magistrate Judge Laurel Beeler's Report and Recommendation recommending that the case be transferred to the United States District Court for the Eastern District of California. *See* Dkt. No. 5. The time for objections has passed, and the parties have not filed any. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court finds Magistrate Judge Beeler's Report accurate and well-reasoned and agrees with the Report's conclusion that the case should be transferred. Report and Recommendation at 2, Dkt. No. 5. Accordingly, the Court adopts the Report and Recommendation in its entirety. The case will be transferred to the United States District Court for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: March 30, 2015

_____
JAMES DONATO
United States District Judge