|  |  |
|---|---|
| | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA MURPHY and SAMUEL SMITH,<br><br>            Plaintiffs,<br><br>     v.<br><br>JP MORGAN CHASE, et al.,<br><br>            Defendants. | No.  2:15-cv-0725 KJM GGH PS<br><br><u>FINDINGS AND RECOMMENDATIONS</u> |

By order filed May 11, 2015, plaintiffs' amended complaint was dismissed and twenty-eight days leave to file a second amended complaint was granted.  In that order, the court informed plaintiffs of the deficiencies in their amended complaint.  The twenty-eight day period has now expired, and plaintiffs have not filed an amended complaint or otherwise responded to the court's order.

Plaintiffs have apparently decided to rest on the dismissed amended complaint.  For the reasons given in the May 11, 2015 order, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 18, 2015

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Murphy0725.fta